

**U.S. Department of Justice**

*Leah B. Foley*
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

July 24, 2026

<u>Filed Electronically</u>

Anastasia Dubrovsky, Esq.
Clerk of Court
Court of Appeals for the First Circuit
John Joseph Moakley United States Courthouse
One Courthouse Way, Suite 2500
Boston, Massachusetts 02210

**Re:    African Communities Together, et al v. Mullin, et al**
**Appeal No. 26-1376**

Dear Ms. Dubrovsky:

I write pursuant to FRAP 28(j) to bring to the Court's attention a decision issued by the district court in this case shortly after the government filed its reply in support of its pending motion for a stay and summary reversal.  Kindly bring this letter to the attention of the panel.

On July 24, 2026, the district court issued an electronic order granting Plaintiffs' motion for an administrative stay of the effective date of the termination of Ethiopia's Temporary Protected Status (TPS) designation "pending resolution of Plaintiffs' renewed motion for postponement."  D. 82.  The district court's order states that it will be "effective immediately upon [the district court's] receipt of the First Circuit's mandate" in this appeal.  *Id.*

Given this order, the sole concern animating Plaintiffs-Appellees' request to delay issuance of the mandate—namely, to allow the district court time to consider

1

their request for a new postponement order before the termination of Ethiopia's TPS designation takes effect, *see* Resp. at 1—no longer obtains. Accordingly, the government respectfully requests that the Court immediately reverse the district court's postponement order currently on appeal and issue the mandate forthwith.

Thank you for your cooperation in this matter.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/   *Nicole M. O'Connor*
Nicole M. O'Connor
Assistant U.S. Attorney

cc:   Counsel for the Plaintiffs-Appellees